UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRECE JEFFERSON, | Case No. 24-cv-01790-NW |
| Plaintiff, | |
| v. | **ORDER ACKNOWLEDGING STIPULATED VOLUNTARY DISMISSAL** |
| ERIK BEAM, | |
| Defendant. | |

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint request for dismissal of the entire action with prejudice.  Fed. R. Civ. Pro. 41(a).  Each party will bear its own costs and attorney's fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 20, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California